# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward, CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

September 28, 2015

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612


Chapter 13 Case No.: 15-42864-CN 13
Re: Anthony John Gristi

In our initial review of your client's case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CASE # 1542864 GRISTI

RLE - Susie Valdivia at svaldivia@oak13.com
CN - Rammet Munoz at rmunoz@oak13.com
WJL - Veronica Valdez at vvaldez@oak13.com

**DEBTOR'S PLAN – CASES FILED ON OR AFTER 8/1/13**
*AMENDED PLAN AND/OR BELOW DOCUMENTS **TO BE FILED WITH BANKRUPTCY COURT** FOR THE FOLLOWING REASONS:*

[]      Standard Oakland Division Chapter 13 plan to be filed with court. (Version 8/1/13 – see attached)

[]      Please serve the plan on all creditors with 28 days notice and opportunity to object on all creditors or 21 days' notice and opportunity to object, if plan was previously served and amendment is being filed that effects the creditors.
[Attached is a standard notice and certificate of service. Please include your creditors in the certificate of service and mail a copy of the notice, certificate of service and the plan to each creditor and file the notice and certificate of service with the bankruptcy court]

[]      Section 1.01a Plan payments and/or months not provided on the chapter 13 plan
[]      Section 1.01a missing source of plan payment/step up payment
[]      Section 1.01b missing source and/or date of lump sum payment
[]      Section 1.01c missing plan term and/or term does not match 1.01a

[]      Section 2.03 missing:

[]      Section 2.10 missing priority creditors from schedule E

[]      No selection on section 2.12
        ____ Percent plan or Pot Plan must be selected
        ____ Estimated percentage must be reflected under "Pot Plan"

[XX]    PLAN NOT PAYING IN EQUITY

[]      Per Trustee's plan calculations;
        ____ Plan exceeds sixty (60)/thirty six (36) months, Needs $
        ____ Monthly payments on attorney fees too high
        ____ Monthly payments on attorney's fees & arrears overlap.
        ____ No monthly payment provided for
        ____ Pre/Post confirmation fixed payments exceed actual payments proposed. (These are payments that Trustee is to disburse to creditor(s) on a monthly basis, so they must be less than the proposed plan payment).

[]      Information on the plan, does not match/needs clarification:
        ____ Creditor is listed in multiple sections, must select one.

[]      Claim # filed by - not provided for and/or classification of claim is different than scheduled and/or filed for higher than scheduled.

[]      Declaration of outside party to support plan:

[ ]   Section 2.05 – "reduction in value" requires Motion to value Collateral to be filed and ordered prior to confirmation of plan - Please serve with 28 days' notice and opportunity to object.
Needed for the following creditors:

## MISC DOCUMENTS

[ ]   Copy of most recent filed IRS tax return to trustee's office 7 days before 341.
Send 1st two pages of 1040 & schedule C (if applies) with all SSN's redacted including dependents' names and SSN's (if applies).

[ ]   Payment advices/paystubs (60 days prior to filing) to be provided to trustee's office 7 days before 341. If debtor does not receive payment advices/paystubs, Payment Advice Coversheet should be provided with corresponding box selected.

NOTE: PLEASE DO NOT FILE <u>TAXES</u> OR <u>PAYMENT ADVICES</u> WITH COURT.
THEY ARE TO BE SENT IN THE FOLLOWING FORMATS:
- Via mail - Po Box 5004 Hayward Ca 94540
- Drop off – 22320 Foothill Blvd #150 Hayward Ca 94541
- FTP site
- Encrypted file via email 13TRUSTEE@OAK13.COM only if properly encrypted, with the proper access information provided to the Trustee's office. Taxes and payment advices must be attached as separate PDF attachments. If the email is not encrypted they will not be received.

[ ]   Certificate of credit counseling and/or declaration of exigent circumstances re: credit counseling to be filed.

## MEANS TEST

[ ]   Payment of $ with % to unsecured creditors is needed to pay in disposable monthly income of $

[ ]   Per means test, commitment period of 60 months is needed for plan.

[ ]   Business expenses need to be moved from form B22C-1, line 5 to form B22C-2, line 43.

[ ]   Deduction on # needs a supporting declaration.

[ ]   Deduction on # does not match the current expenses of the debtor, per the schedule J.

[ ]   Incorrect information on means test Line#

[ ]   Declaration is necessary to explain the difference between the Means Test Income of $_____ and the Schedule I income of $ ____.

## SCHEDULES
*AMENDED SCHEDULES **TO BE FILED** WITH BANKRUPTCY COURT FOR THE FOLLOWING REASONS:*

[ ]   **SCHEDULE (A) REAL PROPERTY**

[ ]   **SCHEDULE (B) PERSONAL PROPERTY**

[]     **SCHEDULE (C) EXEMPTIONS**
        ___ Homestead exemption incorrect
        ___ Homestead exemption not taken

[]     **SCHEDULE (D) SECURED CREDITORS**

[]     **SCHEDULE (E) UNSECURED PRIORITY**
        ___ Must reflect domestic support obligation information. (i.e. name and address(es) of person receiving the support and the name/address of the county where the order was issued. Only if its court ordered)

[]     **SCHEDULE (F) GENERAL UNSECURED**

[]     **SCHEDULE (G) EXECUTORY CONTRACTS**

[]     **SCHEDULE (H) CO-DEBTORS**

[]     **SCHEDULE (I) INCOME**
        ___ Must reflect complete employer address/information for debtor.
        ___ Line 8a requires supporting statement that reflects gross receipts, ordinary and necessary business/rental expenses, and total monthly net income.

## SCHEDULE (J) EXPENSES
[]     Expenses exceed Income
[]     Proposed payment exceeds excess income
[]     Auto insurance not provided for
[]     Not all excess income is being paid into the plan $ after expenses & proposed $ plan payment

## STATEMENT OF AFFAIRS
[]     Information incomplete on question #
[]     Missing #

## ATTORNEY FEES
[]     Rights and Responsibilities form is not filed and/or on incorrect form
[]     Attorney fee disclosure form is not filed and/or on incorrect form
        Note: fees will not be paid unless above forms are filed on the correct form
[]     Statement by debtor not represented by an attorney (attached)

## OTHER:
[]     Motion to dismiss: