# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

September 06, 2017

NAVIENT SOLUTIONS / DEPT OF EDUCATION SVCG
PO BOX 740351
ATLANTA, GA 30374

# FIRST NOTICE

Chapter 13 Case No.: 15-42864-CN 13
Re: Anthony John Gristi

We received a notification regarding claim# 6 filed by NAVIENT SOLUTIONS / DEPT OF EDUCATION SVCG.  Letter attached states "BORROWER PAYMENTS RECEIVED AFTER DEFAULT"

We have no authority to stop distributions on the claim.   If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office.  To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com .   All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim.  When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Anthony John Gristi, 5129 Hereford Court, Antioch, CA  94531-8483

Navient Solutions / Dept Of Education Loan Svcs, Po Box 9635, Wilkes Barre, PA  18773-9635

Navient Solutions / Dept Of Education Svcg, Po Box 740351, Atlanta, GA  30374

Navient, Po Box 9533, Wilkes Barre, PA  18773

Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA  94612